ORIGINAL

RECEIVED
SEP 03 2026
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ASIF QURESHI

Plaintiff,

[Insert full name of plaintiff/prisoner]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES ✓ NO ______

-against-

STANLEY M. RUBIN
NASSAU COUNTY
NEW YORK STATE

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. **Name of plaintiff** ASIF QURESHI

If you are incarcerated, provide the name of the facility and address:

NASSAU CORRECTIONAL CENTER
100 CARMAN AVE
EAST MEADOW, NY 11554

Prisoner ID Number: 2025004952 1074



REC'D IN PRO SE OFFICE
SEP 3 '26 AM9:04

If you are not incarcerated, provide your current address:

______________________________

______________________________

______________________________

Telephone Number: ______________________________

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

STANLEY RUBIN
Full Name

ATTORNEY
Job Title

405 RXR PLAZA [THE LAW FIRM OF STANLEY RUBIN]
UNIONDALE, NY 11556
Address

Defendant No. 2

NASSAU COUNTY
Full Name

NASSAU COUNTY
Job Title

NASSAU COUNTY

Address

Defendant No. 3

NEW YORK STATE
Full Name

NEW YORK STATE
Job Title

NEW YORK STATE

Address

Defendant No. 4

Full Name

Job Title

Address

Defendant No. 5

Full Name

Job Title

Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? NASSAU COUNTY COURTHOUSE
262 OLD COUNTRY RD
MINEOLA, NY 11501

When did the events happen? (include approximate time and date) 12/17/25
9:10 AM - 10:30AM

Facts: (what happened?) YOUR HONOR, AND RESPECTABLE PARTIES,

I'M A SOFTWARE ENGINEER. I'M STRUGGLING TO RETURN TO MY FAMILY. I WAS WRONGFULLY INDICTED. MY ATTORNEY, MR. STANLEY, BETRAYED ME. I ALSO BELIEVE MY [redacted] INDICTMENT IS FRAUDULENT. MR. STANLEY, DEFENSE ATTORNEY, FORCEFULLY STOPPED ME FROM TESTIFYING... HE TOLD ME AS MY ATTORNEY, HE HAS THE RIGHT TO DO SO... ALTHOUGH I WAS READY TO APPEAR BEFORE THE GRAND JURY AND TESTIFY, STANLEY TOLD THE COURT OFFICERS TO RETURN ME TO MY CELL - THAT I WOULD NOT BE TESTIFYING...

HE ALSO SAID, "I SPOKE TO THE D.A., YOU WILL GET A CHANCE TO TESTIFY WHEN THE CASE GETS TRANSFERRED TO F.S.B. COURT." BUT HE NEVER EXPLAINED TO ME THAT THE ABILITY TO TESTIFY WILL NO LONGER BE AVAILABLE... HERE, MY CONSTITUTIONAL RIGHT TO TESTIFY BEFORE THE GRAND JURY WAS VIOLATED...

ACTUALLY, I BELIEVE I'VE BEEN SOLD TO THE D.A. BY MR. STANLEY, AND THAT HE IS WORKING FOR THE D.A. - NOT FOR ME. IN FACT, I BELIEVE CERTIFICATION OF MY INDICTMENT IS FALSE AND OBTAINED ILLEGALLY... MR. STANLEY LACKS CONFIDENCE; VERY OFTEN HE LIMITS DISCUSSION TO SEMANTICS ABOUT THE D.A. WINNING "90-95%" OF MURDER CASES... [redacted] ARTICLE SEVEN OF THE FIFTH AMENDMENT GUARANTEES EQUAL PROTECTIONS. GROSS NEGLIGENCE IS FORMIDABLE.

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

FALSE IMPRISONMENT, LOST WAGES, PAIN & SUFFERING, MENTAL DISTRESS, CRUEL & UNUSUAL PUNISHMENT, VIOLATION OF DUE PROCESS, AND RIGHT TO PETITION TO THE GOVERNMENT, VIOLATION OF CONSTITUTIONAL RIGHTS, PROTECTED BY U.S. & NEW YORK STATE CONSTITUTIONS

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

COMPENSATORY DAMAGES: $10,000,000.00
PUNITIVE DAMAGES: $10,000,000.00
NOMINAL DAMAGES: $10,000,000.00
PAIN & SUFFERING DAMAGES: $10,000,000.00

I declare under penalty of perjury that on ________________ (date), I delivered this complaint to prison authorities at NASSAU CORRECTIONAL CENTER (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/31/26

[signature]
Signature of Plaintiff

NASSAU CORRECTIONAL CENTER
Name of Prison Facility or Address if not incarcerated

100 CARMAN AVE
EAST MEADOW, NY 11554

Address

20250049521074
Prisoner ID#

rev. 12/1/2015

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 1486 2844 62

US POSTAGE PITNEY BOWES

FIRST-CLASS

ZIP 11554 $ 012.76⁰
02 7W
0008043531 AUG 12 2026

Qureshi, Asif
100 Carman ave
East Meadow NY 11554
NCCC

FIRST CLASS MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST, BROOKLY, NY 11201
ATTENTION: PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 02 2026 ★
BROOKLYN OFFICE

From,

ASIF QURESHI - CC#2025002495210 74
100 CARMAN AVENUE
EAST MEADOW
NY, 11554

FIRST CLASS MAIL

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

9590 9402 9301 4295 7321 86

2. Article Number *(Transfer from service label)*

9589 0710 5270 1486 2844 62

PS Form 3811, July 2020 PSN 7530-02-000-9053

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

DuPont™ Tyvek® Protect What's Inside.™

ULINE S-5152 1-800-295-5510 uline.com